UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAJIV PURI, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C 09-4949 BZ |
| | ) | |
| v. | ) | **ORDER GRANTING DEFENDANT's** |
| | ) | **MOTION TO DISMISS WITH LEAVE** |
| PNC FINANCIAL SERVICES GROUP and DOES 1-10, | ) | **TO AMEND** |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Defendant PNC Financial Services Group has moved to dismiss the complaint for failure to state a claim and to strike portions of the complaint.  Pursuant to Civil Local Rule 7-3, if plaintiff elected to oppose the motion, his response was due November 11, 2009.  No opposition has been filed.  Defendant's argument that plaintiff failed to plead sufficient supporting facts is well taken.  The Court finds no need for argument and **VACATES** the hearing scheduled for **December 2, 2009.**

Having shown good cause, **IT IS ORDERED** that defendant's motion to dismiss the complaint is **GRANTED WITH LEAVE TO**

1

1 | **AMEND.** Defendant's motion to strike is **DENIED** without
2 | prejudice. Plaintiff shall file an amended complaint by
3 | **December 1, 2009.**
4 | Dated: November 17, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PURI V. PNC\ORDER GRANTING DEF'S MOTION TO DISMISS WITH LEAVE.wpd

2