Stuart B. Wolfe (SBN 156471)
Megan E. Gruber (SBN 246122)
megruber@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
PNC FINANCIAL SERVICES GROUP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJIV PURI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PNC FINANCIAL SERVICES GROUP, and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 3:09-cv-04949-BZ<br><br>**[AMENDED] STIPULATION FOR DISMISSAL**<br><br>**[FRCP 41(a)(1)]** |

////

///

////

////

////

////

////

////

////

////

////

////

**STIPULATION FOR DISMISSAL**

H:\Matters\National City Bank (1264) (WC)\140 (Puri)\Pleadings\Stipulation re Dismissal.doc

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel and Plaintiff Rajiv Puri that the above-entitled action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). It is further stipulated that the *lis pendens* on file in this matter is hereby expunged.

DATED: January **19**, 2010

By:_____
DENNIS VAN
**Attorney for Plaintiff**
**RAJIV PURI**

DATED: January **18**, 2010

WOLFE & WYMAN LLP

By:_____
STUART B. WOLFE
MEGAN E. GRUBER
**Attorneys for Defendant**
**PNC FINANCIAL SERVICES GROUP**

### ORDER ON STIPULATION

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that the above-entitled action be and hereby is dismissed with prejudice, and that the *lis pendens* is expunged.

IT IS SO ORDERED.

Dated: _ jANUARY 20, 2010 ___

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

**STIPULATION FOR DISMISSAL**

H:\Matters\National City Bank (1264) (WC)\140 (Puri)\Pleadings\Stipulation re Dismissal.doc