1  Stuart B. Wolfe (SBN 156471)
   Megan E. Gruber (SBN 246122)
2  megruber@wolfewyman.com
   WOLFE & WYMAN LLP
3  2175 N. California Blvd., Suite 415
   Walnut Creek, California 94596-3579
4  Telephone:  (925) 280-0004
   Facsimile:  (925) 280-0005
5
   Attorneys for Defendant
6  PNC FINANCIAL SERVICES GROUP

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 11   RAJIV PURI, | Case No.: 3:09-cv-04949-BZ |
| 12             Plaintiff, | **[AMENDED] STIPULATION FOR DISMISSAL** |
| 13   v. | **[FRCP 41(a)(1)]** |
| 14   PNC FINANCIAL SERVICES GROUP, and DOES 1-10, | |
| 15 | |
| 16             Defendants. | |

17  ////

18  ///

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

1

**STIPULATION FOR DISMISSAL**

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2    designated counsel and Plaintiff Rajiv Puri that the above-entitled action be and hereby is dismissed

3    with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  It is further stipulated

4    that the *lis pendens* on file in this matter is hereby expunged.

5

6    DATED:  January **19**, 2010

7

8                                                    By:_____
                                                     DENNIS VAN

9                                                    **Attorney for Plaintiff**
                                                     **RAJIV PURI**

10   DATED:  January **18**, 2010                    WOLFE & WYMAN LLP

11

12                                                   By:_____

13                                                   STUART B. WOLFE
                                                     MEGAN E. GRUBER

14                                                   **Attorneys for Defendant**
                                                     **PNC FINANCIAL SERVICES GROUP**

15                           **ORDER ON STIPULATION**

16        The Court, having reviewed the stipulation of the parties, and good cause appearing

17   therefore, ORDERS that the above-entitled action be and hereby is dismissed with prejudice, and

18   that the *lis pendens* is expunged.

19        IT IS SO ORDERED.

20

21

22   Dated:  _ jANUARY 20, 2010 ___               _____

23                                                 UNITED STATES ~~DISTRICT~~ JUDGE
                                                   MAGISTRATE

24

25

26

27

28

**STIPULATION FOR DISMISSAL**
H:\Matters\National City Bank (1264) (WC)\140 (Puri)\Pleadings\Stipulation re Dismissal.doc

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW